```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09177
    EUGENE S SPIZZIRRI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-4635
```

---
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/20/07 and confirmed on 08/31/07.

2. The case was converted to Chapter 7 after confirmation, 04/28/2008.

3. The Debtor paid a total of $ 12743.75 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA MORTGAGE FSB | CURRENT MORTG | .00 | .00 | .00 |
| WACHOVIA MORTGAGE FSB | MORTGAGE ARRE | 36543.92 | .00 | 8343.42 |
| WACHOVIA MORTGAGE FSB | SECURED | .00 | .00 | .00 |
| WACHOVIA MORTGAGE FSB | MORTGAGE ARRE | 2023.46 | .00 | 462.64 |
| CHARLES SCHMIDKE INC | UNSECURED | NOT FILED | .00 | .00 |
| HANOVER PARK MEDICAL CEN | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS CLINICAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11615.24 | .00 | .00 |
| EDYS GRAND ICE CREAM | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 653.54 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 623.06 | .00 | .00 |
| JNR | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 978.08 | .00 | .00 |
| ADVENTIST HEALTH SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| RUSSELL G TRIPP DDS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR COFFEE | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR KNIVES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TERRY ELAND ESQ | UNSECURED | NOT FILED | .00 | .00 |
| TK REALTY | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF HANOVER PARK | UNSECURED | 79.26 | .00 | .00 |
| ALLIED WASTE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1857.80 | .00 | .00 |
| PETER SPIZZIRRI | UNSECURED | NOT FILED | .00 | .00 |
| ANDREW APIZZIRRI | UNSECURED | NOT FILED | .00 | .00 |

```
      Summary of disbursements:
--------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   38567.38           .00     15806.98          .00     54374.36
PRINCIPAL PAID        8806.06           .00          .00          .00      8806.06
INTEREST PAID             .00           .00          .00          .00          .00
TOTAL PAID            8806.06           .00          .00          .00      8806.06
```

The Debtor's attorney, DAVID J BOERSMA                  , was allowed $   3500.00
and was paid $   3500.00 .

The Trustee received $     437.69 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/21/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 07 B 09177 EUGENE S SPIZZIRRI